UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY EDWARD TEBEEST,

             **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Distribution of Methamphetamine)

On or about February 7, 2022, in Delta County, in the Western District of Michigan, Northern Division, Defendant,

**TIMOTHY EDWARD TEBEEST**,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

Prior Serious Drug Felony Conviction

Before **TIMOTHY EDWARD TEBEEST** committed the offense charged in this count, he was convicted of a felony offense for delivery of less than 50 grams of heroin in violation of Michigan Compiled Laws section 333.7401(2)(a)(iv), on or about July 15, 2016, in the 25th Circuit Court of Michigan, Case Number 16-054611-FH, a serious drug felony for which he served more than 12 months in prison and for which

he was released from serving his term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 851

## COUNT 2
(Possession with Intent to Distribute Methamphetamine)

On or about February 7, 2022, in Delta County, in the Western District of Michigan, Northern Division, Defendant,

**TIMOTHY EDWARD TEBEEST**,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine in his vehicle, a Schedule II controlled substance.

<u>Prior Serious Drug Felony Conviction</u>

Before **TIMOTHY EDWARD TEBEEST** committed the offense charged in this count, he was convicted of a felony offense for delivery of less than 50 grams of heroin in violation of Michigan Compiled Laws section 333.7401(2)(a)(iv), on or about July 15, 2016, in the 25th Circuit Court of Michigan, Case Number 16-054611-FH, a serious drug felony for which he served more than 12 months in prison and for which he was released from serving his term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 851

## COUNT 3
(Possession with Intent to Distribute Methamphetamine)

On or about February 7, 2022, in Marquette County, in the Western District of Michigan, Northern Division, Defendant,

**TIMOTHY EDWARD TEBEEST**,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine in his motel room, a Schedule II controlled substance.

### Prior Serious Drug Felony Conviction

Before **TIMOTHY EDWARD TEBEEST** committed the offense charged in this count, he was convicted of a felony offense for delivery of less than 50 grams of heroin in violation of Michigan Compiled Laws section 333.7401(2)(a)(iv), on or about July 15, 2016, in the 25th Circuit Court of Michigan, Case Number 16-054611-FH, a serious drug felony for which he served more than 12 months in prison and for which he was released from serving his term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 851

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney