UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-06 |
| Plaintiff, | |
| | Hon. JANE M. BECKERING |
| vs. | U.S. District Judge |
| TIMOTHY EDWARD TEBEEST, | Hon. MAARTEN VERMAAT |
| | U.S. Magistrate Judge |
| Defendant. | |
| _____/ | |

## GOVERNMENT'S MOTION FOR DETENTION

The United States Attorney moves for pretrial detention of the defendant under 18 U.S.C. § 3142(f)(1) on the basis that this case involves an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801, *et seq*. There is a rebuttable presumption of dangerousness and flight risk under 18 U.S.C. § 3142(e). Specifically, there is probable cause to believe that the defendant has committed the offense with which he is charged and that it is an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801, *et seq*. Under § 3142(f)(2), the United States Attorney moves for a continuance of 3 days to hold a detention hearing.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: May 16, 2022     /s/ *Theodore J. Greeley*
THEODORE J. GREELEY
Assistant United States Attorney