UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-6 |
| Plaintiff, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| TIMOTHY EDWARD TEBEEST, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an initial appearance and arraignment on May160, 2022 on an indictment charging him with three drug offenses. Defendant currently has criminal charges pending in state court well as an MDOC parole violation. Defendant reserved the issue of detention in this case pending disposition of the state cases and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: May 16, 2022      /s/ *Maarten Vermaat*
                         MAARTEN VERMAAT
                         U.S. MAGISTRATE JUDGE